# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137347(65)

SHEILA WOODMAN, as Next Friend of
TRENT WOODMAN, a Minor,
      Plaintiff-Appellee/
      Cross-Appellant,

v

KERA, LLC, d/b/a BOUNCE PARTY,
      Defendant-Appellant/
      Cross-Appellee.

_____

SC: 137347
COA: 275079
Kent CC: 06-000802-NO

     On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* is considered and it is GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2009

_____
Clerk